## PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg
U.S. Magistrate Judge

RE: __PHILLIP ROSS TEMPLETON__

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: __CR 06-00054-01__

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Hien T. Nguyen__
U.S. Pretrial Services Officer

__408-535-5027__
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.: _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. The defendant shall not possess any firearm, destructive device or other dangerous weapons.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER

DATE: 2/24/06

FILED
FEB 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (12/03/02)