KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsmile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00054-RMW |
|     Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME AND ORDER |
| PHILLIP ROSS TEMPLETON, <br>  a/k/a kryptor, | |
|     Defendant. | |

It is hereby stipulated and agreed between defendant Phillip Ross Templeton, and his counsel Richard Pointer, and the United States as follows:

This matter was set for a status conference on March 13, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. The parties have been discussing plea and sentencing issues. The defendant was only recently arraigned on this case on February 22, 2006. It is reasonable for the defense to have additional time to review the discovery, which includes some digital evidence.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
CR 06-00054-RMW

1  March 13, 2006, until April 3, 2006, because the parties believe that the ends of justice served by
2  the granting of such a continuance outweigh the best interests of the public and the defendant in a
3  speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial
4  and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further
5  stipulate that time may be excluded for reasonable time for defense
6  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence,
8  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
9      So stipulated.
10 Dated: March 7, 2006                          KEVIN V. RYAN
                                                  United States Attorney
11
                                                  /S/
12
                                                  _____
                                                  MARK L. KROTOSKI
13                                                   Assistant United States Attorney
14     So stipulated.
15 Dated: March 7, 2006                          /S/
16                                                   _____
                                                  RICHARD POINTER
17                                                   Attorney for Defendant Templeton

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m. for defendant Templeton shall be continued to April 3, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 3, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: March 9, 2006

                                          /S/ RONALD M. WHYTE
                                       RONALD M. WHYTE
                                       United States District Judge