UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP ROSS TEMPLETON,<br>    a/k/a kryptor,<br><br>    Defendant. | Case No. CR 06-00054-RMW<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On June 15, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in:

    A. PLAYSTATION 2 WITH CONTROLLER, MEMORY CARD, WIRELESS CONTROLLER, ADAPTER, AND CORDS

    B. TWO PLAYSTATION CONTROLLERS

    C. APPROXIMATELY 720 COMPACT DISC

    D. FOUR DISC STORAGE FOLDERS

    E. TWO TOWER STYLE COMPUTERS, NO MODEL OR S/N

    F. DELL TRINITRON MONITOR, (S/N 7022347)

    G. MICROSOFT KEYBOARD

    H. KENSINGTON OPTICAL ELITE MOUSE

    I. LOGITECH USB WEBCAM

    J. MOTOROLA SURFBOARD CABLE MODEM (S/N 05BB8X50RSF7)

      K.  D-LINK AIR PLUS XTREMEG WIRELESS ROUTER (S/N D903445041821) WITH POWER CORD

      L.  D-LINK AIR PLUS XTREMEG WIRELESS PCMCIA CARD (S/N DQ0X244004889)

      M.  YAMAHA CD-R DRIVE (S/N FFL0095465)

      N.  PAIR OF YAMAHA COMPUTER SPEAKERS WITH POWER CORD, NO S/N

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a). All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this   18th   day of   October  , 2006.

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 06-00054 RMW